## L. H. JACKSON v. STATE.
### No. 16662.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find in the record appellant's sworn application asking leave to dismiss his appeal. The request is granted.

The former opinion is withdrawn, and the appeal is dismissed.

## Mrs. Ted JACKSON, alias Rovena Jackson, v. STATE.
### No. 17405.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Jack P. Bond, of Terrell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by her affidavit, the appeal is dismissed.

## Tom JACKSON v. STATE.
### No. 17268.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Terrell C. Chadick, of Winnsboro, and B. F. Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for conspiracy to commit arson; punishment, two years in the penitentiary.

We find with the record in this case an affidavit in proper form asking that appellant be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.

## Tom JACKSON v. STATE.
### No. 17269.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Terrell C. Chadick, of Winnsboro, and B. F. Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for arson; punishment, two years in the penitentiary.

We find with the record in this case an affidavit in proper form asking that appellant be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.